222 So.2d 63

### Clayton J. GUILBEAU et al.

v.

### JEANERETTE LUMBER & SHINGLE CO., Ltd. and Shell Oil Company.

#### No. 49801.

May 9, 1969.

In re: Clayton J. Guilbeau et al., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 219 So.2d 545.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

222 So.2d 63

### SUCCESSION of William Hutchinson ROBINSON.

#### No. 49715.

May 9, 1969.

In re: Mrs. Mary Belle Flournoy Robinson applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 218 So.2d 383.

Writ denied. On the facts found by the Court of Appeal, there is no error in the judgment complained of.